

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Ali Tabrizi and Dona Tabrizi, | § | No. 08-16-00209-CV |
| Appellants, | § | Appeal from the |
| v. | § | 53rd District Court |
| City Of Austin; Greg Guernsey, in his Official Capacity as Director of Planning and Zoning Department; J. Rodney Gonzales, in his Official Capacity as Acting Director of the Development Services Department; and Charles Lesniak, in his official Capacity as Environmental Officer for the City of Austin, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-15-002968) |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |
| | § | |
| | § | |

# O R D E R

Pending before the Court is Appellants' unopposed motion to reinstate the appeal and establish the appellate deadlines. The motion is GRANTED. Appellants' brief is due to be filed no later than April 8, 2017.

IT IS SO ORDERED this 9th day of March, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.